SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

2.  *Case Administrator*

FROM:    *Financial Administrator*

DATE: __2/6/2015__

CASE NAME: __Polonis__

CASE NUMBER: __09-28324__

---

Check Number __927208__ in the amount of $ __319.38__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __9390__          Intake Clerk's Initials __[signature]__

---

*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

02/05/2015

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: ROBERT A. PALONIS

Case No: 09-28324JAD

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Navient Solutions Inc
Po Box 9640
Wilkes-Barre, PA 18773-9640

CHECK NUMBER 927208       AMOUNT $319.38

The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: SHAWN N WRIGHT ESQUIRE
ROBERT A. PALONIS

Navient Solutions Inc